Brian BERRY, Jermario Anderson, Reginald Trammon, Edwyn Durant, Plaintiffs–Appellees,

·v.

ORANGE COUNTY, et al., Defendants,

Travis Leslie, Deputy, Keith Vidler, Corporal, in his Individual Capacity, Defendants–Appellants.

No. 13–14092.

United States Court of Appeals, Eleventh Circuit.

May 8, 2015.

Shayan H. Modarres, Jackson & Modarres, Natalie Jackson, Women's Trial Group, Orlando, FL, for Plaintiffs–Appellees.

Bruce Robert Bogan, Deborah Irene Mitchell, Melissa Jean Sydow, Hilyard Bogan & Palmer, PA, Linda Brehmer Lanosa, Central Florida Expressway Authority, Jeanelle Glover Bronson, Grower Ketcham Rutherford Bronson Eide & Telan, PA, Robert D. Keough, Keough & Dubose, PA, Orlando, FL, Ramon Vazquez, Philip J. Wallace, Maitland, FL, for Defendants and Defendants–Appellants.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

After this case was briefed and argued, we referred it to mediation, which was successful. The joint motion to dismiss the appeal with prejudice with the parties to bear their own costs and attorney's fees is GRANTED. This appeal is DISMISSED as moot and the case is REMANDED to the district court with instructions to vacate the judgment and dismiss the lawsuit. The panel opinion remains vacated.